MICHAEL N. FEUER, City Attorney (SBN 111529x)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7021
Fax No.:   (213) 978-8785
Email: cory.brente@lacity.org

*Attorneys for Defendant* **CITY OF LOS ANGELES, a municipal corporation**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WALKER, an individual and as guardian ad litem to DEREK TRESVANT; CHANDA TRESVANT, an individual; TARYN TRESVANT, an individual; and CLAUDIA TRESVANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; CHARLIE BECK, an individual; OFFICER R. ESTRADA, an individual; OFFICER M. HACKMAN, an individual; SERGEANT HENDERSON, an individual; SERGEANT HARPER, an individual; OFFICER MARTINEZ, an individual; OFFICER JOLICOEUR, an individual; DETECTIVE DUNN, an individual; AUTOZONE PARTS, INC. dba AUTOZONE, a Nevada corporation; CARLOS MORAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO. CV18-00857MRW**<br>[Assigned to Hon. Magistrate Judge Michael R. Wilner]<br><br>**ANSWER OF DEFENDANT CITY OF LOS ANGELES' TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE MICHAEL R. WILNER, UNITED STATES MAGISTRATE JUDGE, AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

1

NOW COMES Defendant CITY OF LOS ANGELES ("Defendant") answering the Plaintiff's First Amended Complaint for the above-entitled action, and hereby admits, denies, and alleges as follows:

1. Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2. Answering paragraph 2, Defendant admits that jurisdiction and venue are proper and denies all other allegations contained in paragraph 2.

3. Answering paragraph 3, Defendant admits that jurisdiction and venue are proper.

4. Answering paragraph 4, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

5. Answering paragraph 5, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

6. Answering paragraph 6, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7. Answering paragraph 7, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8. Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9. Answering paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering paragraph 10, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering paragraph 11, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14. Answering paragraph 14, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering paragraph 16, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

17. Answering paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18. Answering paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19. Answering paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference its answers provided herein to those paragraphs.

21. Answering paragraph 21, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering paragraph 24, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering paragraph 25, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering paragraph 28, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29. Answering paragraph 29, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30. Answering paragraph 30, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering paragraph 34, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37. Answering paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41. Answering paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42. Answering paragraph 42, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43. Answering paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

45. Answering paragraph 45, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference its answers provided herein to those paragraphs.

46. Answering paragraph 46, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

47. Answering paragraph 47, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

48. Answering paragraph 48, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

49. Answering paragraph 49, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

50. Answering paragraph 50, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

51. Answering paragraph 51, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

52. Answering paragraph 52, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference its answers provided herein to those paragraphs.

53. Answering paragraph 53, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

54. Answering paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58. Answering paragraph 58, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59. Answering paragraph 59, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

60. Answering paragraph 60, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference its answers provided herein to those paragraphs.

61. Answering paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63. Answering paragraph 63, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64. Answering paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65. Answering paragraph 65, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

66. Answering paragraph 66, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

67. Answering paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference its answers provided herein to those paragraphs.

69. Answering paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70. Answering paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71. Answering paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72. Answering paragraph 72, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73. Answering paragraph 73, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74. Answering paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering paragraph 76, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

77. Answering paragraph 77, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

78. Answering paragraph 78, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79. Answering paragraph 79, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80. Answering paragraph 80, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering paragraph 82, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

83. Answering paragraph 83, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

84. Answering paragraph 84, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

85. Answering paragraph 85, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

86. Answering paragraph 86, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

87. Answering paragraph 87, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

1  88.  Answering paragraph 88, the cause of action is not alleged against the
2 answering defendant, and on that basis the paragraph goes unanswered.
3  89.  Answering paragraph 89, the cause of action is not alleged against the
4 answering defendant, and on that basis the paragraph goes unanswered.
5  90.  Answering paragraph 90, the cause of action is not alleged against the
6 answering defendant, and on that basis the paragraph goes unanswered.
7  91.  Answering paragraph 91, the cause of action is not alleged against the
8 answering defendant, and on that basis the paragraph goes unanswered.
9  92.  Answering paragraph 92, the cause of action is not alleged against the
10 answering defendant, and on that basis the paragraph goes unanswered.
11  93.  Answering paragraph 93, the cause of action is not alleged against the
12 answering defendant, and on that basis the paragraph goes unanswered.
13  94.  Answering paragraph 94, the cause of action is not alleged against the
14 answering defendant, and on that basis the paragraph goes unanswered.
15  95.  Answering paragraph 95, the cause of action is not alleged against the
16 answering defendant, and on that basis the paragraph goes unanswered.
17  96.  Answering paragraph 96, the cause of action is not alleged against the
18 answering defendant, and on that basis the paragraph goes unanswered.
19  97.  Answering paragraph 97, the cause of action is not alleged against the
20 answering defendant, and on that basis the paragraph goes unanswered.
21  98.  Answering paragraph 98, the cause of action is not alleged against the
22 answering defendant, and on that basis the paragraph goes unanswered.
23  99.  Answering paragraph 99, the cause of action is not alleged against the
24 answering defendant, and on that basis the paragraph goes unanswered.
25  100. Answering paragraph 100, the cause of action is not alleged against the
26 answering defendant, and on that basis the paragraph goes unanswered.
27 ///
28

1     101. Answering paragraph 101, the cause of action is not alleged against the
2 answering defendant, and on that basis the paragraph goes unanswered.
3     102. Answering paragraph 102, the cause of action is not alleged against the
4 answering defendant, and on that basis the paragraph goes unanswered.
5     103. Answering paragraph 103, the cause of action is not alleged against the
6 answering defendant, and on that basis the paragraph goes unanswered.
7     104. Answering paragraph 104, the cause of action is not alleged against the
8 answering defendant, and on that basis the paragraph goes unanswered.
9     105. Answering paragraph 105, the cause of action is not alleged against the
10 answering defendant, and on that basis the paragraph goes unanswered.
11     106. Answering paragraph 106, the cause of action is not alleged against the
12 answering defendant, and on that basis the paragraph goes unanswered.
13     107. Answering paragraph 107, the cause of action is not alleged against the
14 answering defendant, and on that basis the paragraph goes unanswered.
15     108. Answering paragraph 108, the cause of action is not alleged against the
16 answering defendant, and on that basis the paragraph goes unanswered.
17     109. Answering paragraph 109, the cause of action is not alleged against the
18 answering defendant, and on that basis the paragraph goes unanswered.
19     110. Answering paragraph 110, the cause of action is not alleged against the
20 answering defendant, and on that basis the paragraph goes unanswered.
21     111. Answering paragraph 111, the cause of action is not alleged against the
22 answering defendant, and on that basis the paragraph goes unanswered.
23     112. Answering paragraph 112, the cause of action is not alleged against the
24 answering defendant, and on that basis the paragraph goes unanswered.
25     113. Answering paragraph 113, the cause of action is not alleged against the
26 answering defendant, and on that basis the paragraph goes unanswered.
27 ///
28 ///

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs' First Amended Complaint and each cause of action fails to state a valid cause of action or basis for recovery.

### SECOND AFFIRMATIVE DEFENSE

2. The damages alleged were directly and proximately caused and contributed to by the negligence of the Plaintiffs, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### THIRD AFFIRMATIVE DEFENSE

3. The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### FOURTH AFFIRMATIVE DEFENSE

4. The force used against Plaintiffs, if any, was caused and necessitated by the actions of Plaintiffs, and was reasonable and necessary for self-defense.

### FIFTH AFFIRMATIVE DEFENSE

5. The force used against Plaintiffs, if any, was caused and necessitated by the actions of Plaintiffs, and was reasonable and necessary for the defense of others.

### SIXTH AFFIRMATIVE DEFENSE

6. The claims are barred by the statute of limitations set forth in California Code of Civil Procedure §340(3) and Government Code §945.6.

### SEVENTH AFFIRMATIVE DEFENSE

7. The state claims are barred for Plaintiffs' failure to comply with the provisions of the California Tort Claims Act, Government Code §910 et. seq.

///
///

## EIGHT AFFIRMATIVE DEFENSE

8. The action is barred for lack of standing to sue.

## NINTH AFFIRMATIVE DEFENSE

9. The action is barred by the doctrine of res judicata.

## TENTH AFFIRMATIVE DEFENSE

10. Defendant's actions are privileged pursuant to Civil Code §47.

## ELEVENTH AFFIRMATIVE DEFENSE

11. Plaintiffs failed to mitigate their damages.

## TWELVETH AFFIRMATIVE DEFENSE

12. As to the federal claims and theories of recovery, the answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## THIRTEENTH AFFIRMATIVE DEFENSE

13. The answering Defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

## FOURTEENTH AFFIRMATIVE DEFENSE

14. Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

## FIFTHEENTH AFFIRMATIVE DEFENSE

15. As to the California state claims and theories of recovery Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 818, 820.8, 821.6

///
///

14

## DEMAND FOR JURY TRIAL

WHEREFORE, Defendant prays for judgment as follows:

1. Plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relied as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C §1988.

Dated: February 9, 2018 Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney

By: _____
  **CORY M. BRENTE**, Senior Assistant City Attorney

*Attorneys for Defendant* **CITY OF LOS ANGELES**
a municipal corporation

15

# PROOF OF SERVICE

I, MARGARIT AVESYAN, declare:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On February 9, 2018, I served the foregoing document described as: **ANSWER OF DEFENDANT CITY OF LOS ANGELES' TO PLAINTIFFS' COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** on the interested parties in this action:

| | |
|---|---|
| Randy H. McMurray, Esq.<br>Yana Henriks, Esq.<br>McMURRAY HENRIKS, LLP<br>5670 Wilshire Blvd., Suite 1450<br>Los Angeles, CA 90036<br>Tel: (323) 931-6200 / Fax: (323) 931-9521<br>Emails: RMcMurray@law-mh.com<br>YHenriks@law-mh.com | Attorneys for Plaintiffs<br>*DONNA WALKER, et al.* |

☒ **BY MAIL**

☐ *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this February 9, 2018, at Los Angeles, California.

*/s/ Margarit Avesyan*
MARGARIT AVESYAN