# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-857 MRW | Date | July 19, 2018 |
|---|---|---|---|
| Title | Walker v. City of Los Angeles | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** OSC RE: DISMISSAL

1. This matter has been pending in federal court since February 2018. Two defendants – identified in the pleadings only as Officer R. Estrada and Sergeant Henderson – do not appear to have been served to date. (Plaintiffs filed a proof of service regarding Estrada. (Docket # 42-3.) The City Attorney challenges the validity of service on this former police officer. (Docket # 52 at 3.)) Also, although the LAPD has been served, it's not clear whether the City of Los Angeles (itself a named party) has.

2. Plaintiffs are ordered to show cause why these parties should not be dismissed from the action pursuant to Federal Rule of Civil Procedure 4(m). Plaintiffs' response to this order – a dismissal of the parties, a demonstration of good cause for the failure to serve, or any other appropriate explanation – will be due by July 30.