# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-857 MRW | Date | August 23, 2019 |
| Title | Walker v. City of Los Angeles | | |

| | |
|---|---|
| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
| Veronica Piper | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE

1. Pursuant to Judge Wilner's order during the deposition of Ms. Roman, Ms. Henriks is ORDERED to show cause why she should not be sanctioned in the amount of $100 for her conduct. [FRCP 30(d)(2), 28 U.S.C. §§ 636, 1927]

2. Specifically, Ms. Henriks will address whether and why she asked Ms. Roman questions regarding the witness's personal life <u>after</u> telling the Court and the witness that she would not do so.

3. Ms. Henriks's response to this OSC (not to exceed five pages) will be due by August 30. In the alternative, she may file a brief statement of non-opposition and promptly make payment to the Clerk of the Court.

* * *

4. Separately, Ms. Henriks was able to complete her questioning of the witness during the deposition. She does not seek to recall Ms. Roman for further testimony. However, Ms. Henriks raised concerns about the conduct of Mr. Craigie (representing the witness) and Ms. Collins (representing the LAPD defendants) during the deposition.

5. The behavior of the lawyers in this case is a matter of grave concern. Ms. Henriks wanted an opportunity to review a transcript of the deposition before deciding what to present to the Court. That's fine. If, after looking at the transcript, <u>either</u> side wishes to pursue relief for alleged discovery misconduct, the Court will accept a concise motion (NTE ten pages) promptly filed after receiving the transcript. The Court relieves the parties of the meet-and-confer and joint filing requirements under the Local Rules.

6. But not the fee shift provisions. Federal Rule of Civil Procedure 37(a)(5) applies to any motion involving discovery misconduct. The Court ordinarily must award

reasonable expenses (including attorney's fees) against the losing party for such a motion. This motion will be no different; Rule 37(a)(5) fees are in play here. Choose wisely, my friends, as you decide whether to go down this road or not.