**MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**HASMIK BADALIAN COLLINS**, Deputy City Attorney (SBN 255839)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-8722
Fax No.:    (213) 978-8785
Email: Hasmik.Collins@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, ROBERT ESTRADA, MICHAEL HACKMAN, MICHAEL HENDERSON, JAMES HARPER, JENNIFER MARTINEZ, JAMES JOLICOEUR,** and **WILLIAM DUNN**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WALKER, an individual and as guardian ad litem to DEREK TRESVANT; CHANDA TRESVANT, an individual; TARYN TRESVANT, an individual; and CLAUDIA TRESVANT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; CHARLIE BECK, an individual; OFFICER R. ESTRADA, an individual; OFFICER M. HACKMAN, an individual; SERGEANT HENDERSON, an individual; SERGEANT HARPER, an individual; OFFICER MARTINEZ, an individual; OFFICER JOLICOEUR, an individual; DETECTIVE DUNN, an individual; AUTOZONE PARTS, INC. dba AUTOZONE, a Nevada corporation; CARLOS MORAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.  **CV 18-00857 MRW**<br>*[Assigned to Magistrate Judge: Michael R. Wilner, Roybal Cthse, Ctrm. 550]*<br><br>**CITY DEFENDANTS' UPDATE ON PARTIES' SELECTION OF SETTLEMENT PROCEDURE** |

1

1 Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE
2 DEPARTMENT, CHARLIE BECK, ROBERT ESTRADA, MICHAEL
3 HACKMAN, MICHAEL HENDERSON, JAMES HARPER, JENNIFER
4 MARTINEZ, JAMES JOLICOEUR, and WILLIAM DUNN ("City Defendants")
5 hereby submit the following Status Update on the Selection of Settlement Procedure.

6 The Parties have met and conferred regarding the Court's July 13, 2020 order
7 to attend a settlement conference. The Parties have selected the volunteer ADR panel
8 and have selected Mr. Rick Copeland as the mediator. The Mediation will take place
9 on September 9, 2020.  The Parties will inform the Court of the result of the
10 Mediation and whether a briefing schedule on the Motions for Summary Judgment
11 will be necessary.

13 Dated:      July 27, 2020          Respectfully submitted,

14 **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney
15 **SCOTT MARCUS,** Senior Assistant City Attorney
16 **CORY M. BRENTE**, Senior Assistant City Attorney

17 By: */s/ Hasmik Badalian Collins*
18   **HASMIK BADALIAN COLLINS,** Deputy City Attorney

19
20 Attorneys for Defendants,  **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, ROBERT ESTRADA, MICHAEL HACKMAN, MICHAEL HENDERSON, JAMES HARPER, JENNIFER MARTINEZ, JAMES JOLICOEUR,** and **WILLIAM DUNN**