# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WALKER, an individual and as guardian ad litem to DEREK TRESVANT; CHANDA TRESVANT, an individual; TARYN TRESVANT, an individual; and CLAUDIA TRESVANT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; CHARLIE BECK, an individual; OFFICER R. ESTRADA, an individual; OFFICER M. HACKMAN, an individual; SERGEANT HENDERSON, an individual; SERGEANT HARPER, an individual; OFFICER MARTINEZ, an individual; OFFICER JOLICOEUR, an individual; DETECTIVE DUNN, an individual; AUTOZONE PARTS, INC. dba AUTOZONE, a Nevada corporation; CARLOS MORAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. **CV 18-00857 MRW**<br>*[Assigned to Magistrate Judge: Michael R. Wilner, Roybal Cthse, Ctrm. 550]*<br><br>**[~~PROPOSED~~] JUDGMENT ON CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with City Defendants' Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment; Declaration of Hasmik Badalian Collins; Request for Judicial Notice; Exhibits]<br><br>Date: October 28, 2020<br>Time: 9:30 a.m.<br>Ctrm: 550, 5th Fr. |

1

~~TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:~~

~~Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, ROBERT ESTRADA, MICHAEL HACKMAN, MICHAEL HENDERSON, JAMES HARPER, JENNIFER MARTINEZ, JAMES JOLICOEUR and WILLIAM DUNN (collectively, "City Defendants") brought their motion for summary judgment, or in the alternative, for summary adjudication on October 28, 2020.~~

~~Having read and considered City Defendants' Motion for Summary Judgment and/or Partial Summary Judgment, as well as any opposition and reply thereto and arguments of counsel, and finding good cause therefore, it is hereby ORDERED that City Defendants' Motion for Summary Judgment be GRANTED.~~

IT IS THE JUDGMENT OF THE COURT that Plaintiffs take nothing by their complaint, and that City Defendants are deemed the prevailing parties.

The Court therefore enters judgment in favor of the City Defendants and against the Plaintiffs as to all causes of action.

**IT IS SO ORDERED.**

Dated: June 17, 2021

_____
**HONORABLE MICHAEL R. WILNER**
**UNITED STATES MAGISTRATE JUDGE**